October 4, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

AMIR BAJMANLOU, Appellant

NO. 14-15-00853-CV                            V.

SIGNAD LTD, Appellee

_____

    This cause, an appeal from the judgment signed July 6, 2015 in favor of appellee SignAd Ltd., was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

    We order appellant Amir Bajmanlou to pay all costs incurred in this appeal.

    We further order this decision certified below for observance.